GEORGE SPEIDEL et al., respondents,

*v.*

BENJAMIN WEINER et al., appellants.

[Submitted February 14th, 1941.   Decided April 25th, 1941.]

*Mr. Harry J. Weiner,* for the defendants-appellants.

*Mr. Milton A. Feller* and *Mr. Peter L. Hughes, Jr.,* for the complainants-respondents.

PER CURIAM.

The decree under review will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Bigelow.

*For reversal*—None.